UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSALIE CUFFARI,

                  Plaintiff,

-v-

TARGET CORPORATION,

                  Defendant.

23-CV-8483 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On September 27, 2023, this Court issued an order to the parties to show cause in writing no later than October 18, 2023 why this case should not be transferred to the Eastern District of New York. (ECF No. 4.) Defendant responded to the order and does not oppose transfer to the Eastern District of New York. (ECF No. 8.) Although Defendant has advised the Court that it served the order on Plaintiff by mail on September 28, 2023 (ECF No. 5), Plaintiff has not responded to the order.

      Because Plaintiff has failed to show cause, and because all of the events and omissions giving rise to Plaintiff's claim in this case occurred in Nassau County, New York, which is in the Eastern District of New York, and because Plaintiff is a resident of the Eastern District of New York, the Court accordingly exercises its discretion until Title 28, United States Code, Section 1404(a) by transferring this case to the Eastern District of New York. *See* 28 U.S.C. § 1391(b) (providing that a civil action may be brought in, among other districts, a district "in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated").

      The Clerk of the Court is respectfully directed to transfer this case to the Eastern District of New York and to close the case here. For the sake of a complete record, Defendant shall promptly file on ECF proof that it served Plaintiff with the Court's order.

      SO ORDERED.

Dated: October 19, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge